IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA ZACHARIA,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF MADERA, et al.,<br><br>        Defendants. | CV F 06-0892 AWI SMS<br><br>ORDER VACATING OCTOBER 2, 2006 HEARING DATE<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT<br><br>(Document #9) |

     On August 15, 2006, Defendants filed a motion to dismiss portions of the amended complaint.   The motion to dismiss was set for oral argument to be heard on October 2, 2006.

     On September 25, 2006, the parties filed a stipulation, allowing Plaintiff to file a second amended complaint and vacating the October 2, 2006 hearing.   Plaintiff filed a second amended complaint the same day.

      Rule 15(a) of the Federal Rules of Civil Procedure provides that a "party may amend the party's pleading once as a matter of course . . . Otherwise a party may amend only by leave of court or by written consent of the adverse party. . . ."   Because the adverse parties consent to Plaintiff's filing of a second amended complaint, the court will proceed on the second amended complaint.   Once filed, the second amended complaint supercedes all other complaints. See London v. Coopers & Lybrand, 644 F.2d 811 (9th Cir.1981); Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).   Defendants' motion addressing the amended complaint is now moot.   To avoid any

unnecessary work by the parties and the court, the court will deny the motion directed at the amended complaint as moot at this time, and allow Defendants the opportunity to file another motion or any other response to the second amended complaint authorized by the Federal Rules of Civil Procedure.

Accordingly, the court orders that:

1. The previously set hearing date of October 2, 2006, is VACATED, and the parties shall not appear at that time; and

2. Defendants' motion to dismiss is DENIED as moot.

IT IS SO ORDERED.

**Dated:   September 25, 2006**          _____/s/ Anthony W. Ishii_____
0m8i78                                                    UNITED STATES DISTRICT JUDGE

2