1  James J. Arendt, Esq.        Bar No. 142937
   Lara Z. Moriarty, Esq.       Bar No. 242318

   THE LAW FIRM OF
   WEAKLEY, RATLIFF,
   ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
   Fresno, California   93710

   Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

   Attorneys for Defendants, COUNTY OF MADERA
   and ERNIE LICALSI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA ZACHARIA,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF MADERA, COUNTY OF MADERA, COMMANDER STEVE FRAZIER, DISTRICT ATTORNEY ERNIE LICALSI, FORMER CHIEF JERRY D. NOBLETT, DEPARTMENT OF JUSTICE FIREARMS DIVISION, SPECIAL AGENT IGNATIUS H. CHINN, SA MARSH, SA M. BAULYLEY, SGT. M. WELLS, OFF. R. HEIL, OFF. M. KATZ, and DOES I through XX, inclusive,<br><br>          Defendants. | CASE NO.  1:06-cv-00892 AWI SMS<br><br>**STIPULATION AND ORDER RE: STAY OF ACTION**<br><br>Complaint Filed: July 13, 2006<br>Trial Date:   TBA<br><br>VACATING SCHEDULING CONFERENCE HEARING of 11/14/06 at 9:00a.m. before Judge Snyder. |

THE PARTIES, through their respective counsel, stipulate to the following:

Plaintiff filed his Second Amended Complaint on September 25, 2006. [Doc 10].  On October 5, 2006, defendants COUNTY OF MADERA and ERNEST LICALSI filed their answer. [Doc 16].  On October 13, 2006, defendants CITY OF MADERA, STEVE FRAZIER, MIKE KIME, M. WILES, R. HILL and M. KUTZ, filed their answer. [Doc 17].  The STATE OF CALIFORNIA defendants have not yet filed a response.

There is now currently pending in the United States District Court, Eastern District of

---

Stipulation and Order - Stay of Action

California, a related criminal action against plaintiff, *United States v. Issa Zacharia*, U.S.D.C. Case No. 1:06-CR-00216 OWW.  This related criminal matter is based in part upon the search warrant and subsequent investigation that is the subject of the instant litigation, therefore, proceedings in the criminal matter may be dispositive of issues in this civil action.

The parties therefore stipulate to a stay of all proceedings, including discovery, in this action pending the outcome of the related criminal matter.  When the criminal matter is concluded, the parties will notify the Court and request a scheduling conference be set.

DATED: November 9, 2007

          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/   James J. Arendt
      James J. Arendt
      Attorneys for Defendants, County of Madera
      and Ernie LiCalsi

DATED: November 9, 2007

FERGUSON, PRAET & SHERMAN

By:    /s/  Bruce Praet
      Bruce Praet
      Attorneys for City of Madera Defendants

DATED: November 9, 2007

By:    /s/ Bruce Nickerson
      Bruce Nickerson
      Attorneys for Plaintiff, Issa Zacharia

**IT IS  ORDERED that the parties are required to filed a Status Report every four months.**

IT IS SO ORDERED.

**Dated:   November 13, 2006**          **/s/ Sandra M. Snyder**
icido3          UNITED STATES MAGISTRATE JUDGE