BRUCE W. NICKERSON, C.B.N. 90760
231 Manor Drive
San Carlos, Ca 94070
Tel: (650) 594-0195
Fax: (650) 596-0595

ERIC H. SCHWEITZER, C.B.N. 179776
2150 Tulare Street
Fresno, CA 93721
(559) 266-9800

Attorneys for Plaintiff ISSA ZACHARIA

# IN THE UNITED STATES DISTRTICT COURT FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISSA ZACHARIA, Plaintiff,** | ) |
| | ) NO: 1:06-CV-00892 AWI/SMS |
| vs. | ) |
| | ) |
| **CITY OF MADERA, COUNTY OF MADERA, Com. STEVE FRAZIER, DISTRICT ATTORNEY ERNEST LICALSI, DEPARTMENT OF JUSTICE FIREARMS DIVISION, SPECIAL AGENT IGNATIUS H. CHINN, SA MARSH, SA BADGLEY, SGT. M. WELLS, OFF. R. HEIL, OFF. M. KATZ, COMMANDER MICHAEL KIME, and DOES I through XX, inclusive,** | ) **STATUS REPORT, REQUEST TO PLACE THE MATTER ON ACTIVE CALENDAR, AND ORDER** |
| | ) |
| | ) **SCHEDULING CONFERENCE HEARING:** |
| | ) **DATE: AUGUST 27, 2008** |
| **Defendants.** | ) **TIME: 9:30 a.m.** |
| | ) **Dept.: Courtroom 7 (SMS)** |

    Plaintiff ISSA ZACHARIA hereby informs this court that his state criminal case has been resolved. Plaintiff thereupon requests that this court remove this case from the inactive status and place it on the active status.

Dated: July 8, 2008              /s/  <u>Bruce W. Nickerson</u>

-1-

**ORDER**

GOOD CAUSE THERE APPEARING, IT IS HEREBY ORDERED that the above captioned case be placed on active status.

A Scheduling Conference is hereby set for August 27, 2008 at 9:30a.m. in Courtroom #7 (SMS) before Judge Snyder.  Counsel are to file a Joint Scheduling Conference Statement one week prior to the August 27, 2008 hearing date and forward a copy as an attachment through e-mail at smsorders@caed.uscourts.gov.

Dated:   7/11/2008              /s/ Sandra M. Snyder
                                SANDRA M. SNYDER
                                U.S. MAGISTRATE JUDGE

-2-

PDF created with pdfFactory trial version www.pdffactory.com