James D. Weakley, Esq.     Bar No. 082853
James J. Arendt, Esq.       Bar No. 142937

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF MADERA
and ERNIE LICALSI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA ZACHARIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MADERA, COUNTY OF MADERA, COMMANDER STEVE FRAZIER, DISTRICT ATTORNEY ERNIE LICALSI, FORMER CHIEF JERRY D. NOBLETT, DEPARTMENT OF JUSTICE FIREARMS DIVISION, SPECIAL AGENT IGNATIUS H. CHINN, SA MARSH, SA M. BAULYLEY, SGT. M. WELLS, OFF. R. HEIL, OFF. M. KATZ, and DOES I through XX, inclusive,<br><br>    Defendants. | CASE NO.  1:06-cv-00892 AWI SMS<br><br>**STIPULATION AND ORDER MODIFYING THE EXISTING SCHEDULING ORDER**<br><br>Complaint Filed: July 13, 2006<br>Trial Date:  March 22, 2010 |

Because of the unavailability of plaintiff's counsel, Bruce Nickerson, effecting the parties' ability to engage in discovery, the parties hereto have stipulated to modify the existing Scheduling Conference Order to extend the discovery deadline for non-expert discovery from September 18, 2009, to October 23, 2009.

The parties further stipulate that because the deposition of plaintiff, Issa Zacharia, and plaintiff's counsel, Eric Schweitzer, have already been set by defendants, defendants are entitled to priority of discovery and are entitled to take these depositions before the plaintiff takes any depositions.

---
Proposed Stipulation and Order Modifying
the Existing Scheduling Order

1     All other dates set out in the Scheduling Conference Order will remain.

2     IT IS SO STIPULATED.

3 DATED: August 28, 2009

4                                   WEAKLEY, ARENDT & McGUIRE, LLP

6                                   By:   /s/ James D. Weakley
7                                          James D. Weakley
                                           Attorneys for Defendants, County of Madera
8                                            and Ernie LiCalsi

DATED:  August 25, 2009

9                                 FERGUSON, PRAET & SHERMAN

11                                 By:   /s/ Jon F. Hamilton
12                                      Jon F. Hamilton,
                                     Attorneys for Defendants City of Madera;
13                                    Sergeant M. Weils; Officers R. Hill and
                                   M. Kutz; Commander Steven Frazier; and
14                                    Police Chief Michael Kime

DATED: August 26, 2009            OFFICE OF THE ATTORNEY GENERAL

16                                 By:   /s/ Alberto L. Gonzalez
                                   Alberto L. Gonzalez, Esq.
17                                    Attorney for Defendants Ignatius Chinn, et al.

18

19     I have authority to sign on behalf of the plaintiff for myself and co-counsel, Bruce Nickerson.

DATED:  August 26, 2009

21                                 By:   /s/ Eric Schweitzer
                                   Eric Schweitzer
22                                    Bruce Nickerson
                                   Attorneys for Plaintiff, Issa Zacharia

24                                   **ORDER**

26 IT IS SO ORDERED.

27   **Dated:   August 31, 2009**                        /s/ Sandra M. Snyder
                                                             UNITED STATES MAGISTRATE JUDGE
28