1  Jon F. Hamilton, State Bar No. 232559
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California 92701
   PHONE (714) 953-5300
4  FAX (714) 953-1143
   email: jhamilton@law4cops.com
5

6  Attorneys for Defendants,
   City of Madera and Commander Steven Frazier
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10 ISSA ZACHARIA,                    )  No. 1:06-CV-00892 AWI/SMS
                                     )
11         Plaintiff,                )  **ORDER RE: REQUEST FOR**
                                     )  **NON-APPEARANCE AT**
12    vs.                            )  **PLAINTIFF'S MOTION TO**
                                     )  **COMPEL DISCOVERY**
13 CITY OF MADERA, COUNTY OF         )  **SCHEDULED FOR**
   MADERA, Com. STEVE FRAZIER,       )  **OCTOBER 16, 2009**
14 DISTRICT ATTORNEY ERNEST          )
   LICALSI, DEPARTMENT OF JUSTICE    )
15 FIREARMS DIVISION, SPECIAL        )  DATE:    October 16, 2009
   AGENT IGNATIUS H. CHINN, SA       )  TIME:    9:30 a.m.
16 MARSH, SA BADGLEY, SGT. M.        )  ROOM:    7
   WELLS, OFF. R. HEIL, OFF. M. KATZ,)  JUDGE:   Sandra M. Snyder
17 COMMANDER MICHAEL KIME, and       )
   DOES 1 through XX, inclusive,     )
18                                   )
           Defendants.                )
19 _____    )

20

21 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22      Now pending before this Court is a Motion to Compel Responses From

23 Defendant Chinn For The "Request for Production of Documents" for a hearing on

24 said motion scheduled for October 16, 2009 at 9:30 a.m. in Courtroom 7 before the

25 Honorable Magistrate Judge Sandra M. Snyder.

26 / / /

27 / / /

28 / / /

1    Having reviewed the moving papers, Defendants City of Madera and City of
2 Madera Police Commander Steven Frazier are not parties to the pending motion and,
3 respectfully, request that their appearance at the October 16, 2009 hearing on
4 Plaintiff's Motion to Compel be excused.
5    In the event that this Court deems the presence of Defendants City of Madera
6 and City of Madera Police Commander Steven Frazier necessary, it is respectfully
7 requested that counsel for these Defendants, Jon F. Hamilton, be permitted to appear
8 telephonically.

10 Dated: September 10, 2009            FERGUSON, PRAET & SHERMAN
                                        A Professional Corporation

12                              By:     /s/ Jon F. Hamilton
                                        Jon F. Hamilton,
13                                      Attorney for Defendants, City of
                                        Madera and Commander Steven
14                                      Frazier

# **ORDER**

The Defendants City of Madera and the City of Madera Police Commander are excused from appearing at the October 16, 2009 hearing on Plaintiff's Motion to Compel documents from Defendant Ignatius Chinn.

IT IS SO ORDERED.

**Dated:   September 11, 2009**          /s/ **Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE