1 | James D. Weakley, Esq.     Bar No. 082853

2 | WEAKLEY, ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
3 | Fresno, California  93710
   Telephone: (559) 221-5256
4 | Facsimile:  (559) 221-5262

5 | Attorneys for Defendants, County of Madera, Ernie LiCalsi

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ISSA ZACHARIA, | CASE NO. 1:06-cv-00892 AWI SMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: REQUEST FOR NON-APPEARANCE AT PLAINTIFF'S MOTION TO COMPEL DISCOVERY SCHEDULED FOR OCTOBER 16, 2009** |
| CITY OF MADERA, COUNTY OF MADERA, COMMANDER STEVE FRAZIER, DISTRICT ATTORNEY ERNIE LICALSI, FORMER CHIEF JERRY D. NOBLETT, DEPARTMENT OF JUSTICE FIREARMS DIVISION, SPECIAL AGENT IGNATIUS H. CHINN, SA MARSH, SA M. BAULYLEY, SGT. M. WELLS, OFF. R. HEIL, OFF. M. KATZ, and DOES I through XX, inclusive, | Complaint Filed: 7/13/2006<br>Trial Date:   TBA |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Now pending before this Court is a Motion to Compel Responses From Defendant Chinn for the "Request for Production of Documents" for hearing on said motion scheduled for October 16, 2009 at 9:30 a.m. in Courtroom 7 before the Honorable Magistrate Judge Sandra . Snyder.

Having reviewed the moving papers, Defendants County of Madera and Ernie LiCalsi are not parties to the pending motion and, respectfully, request that their appearance at the October 16, 2009 hearing on Plaintiff's Motion to Compel be excused.

///

///

In the event that this Court deems the presence of Defendants County of Madera and Ernie LiCalsi necessary, it is respectfully requested that counsel for these Defendants, James D. Weakley, be permitted to appear telephonically.

Dated: September 11, 2009            WEAKLEY, ARENDT & McGUIRE, LLP

By:   /s/ James D. Weakley
      James D. Weakley
      Attorney for Defendants,
      County of Madera and Ernie LiCalsi

## ORDER

The Defendants County of Madera and Ernie LiCalsi are excused from appearing at the October 16, 2009 hearing on Plaintiff's Motion to Compel documents from Defendant Ignatius Chinn.

IT IS SO ORDERED.

**Dated:   September 15, 2009**            /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE