Eric H. Schweitzer, #179776
Annie L. Davidian, #252644
REAL LAWYERS - AT AFFORDABLE PRICES
2333 Merced Street
Fresno, California 93721
Phone: (559) 441-0441
Facsimile: (559) 233-6947

Bruce W. Nickerson, #090760
Attorney at Law
231 Manor Drive
San Carlos, California 94070
Phone: (650) 594-0195
Facsimile: (650) 596-0595

Attorneys for Plaintiff, Issa Zacharia

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA ZACHARIA, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF MADERA, et al., <br><br> Defendants. | No. 1:06-CV-00892 AWI-SMS <br><br> **ORDER RE: MODIFICATION OF SCHEDULING ORDER** |

**ORDER**

The modification to the Court's September 8, 2008 Scheduling Order, as requested by Plaintiff Issa Zacharia and all Defendants, is hereby ordered changed pursuant to the following schedule:

| Old Date | New Date | Event |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 10/23/09 | 1/15/10 | Non-Expert Discovery Cutoff - Extended only for the limited purposes of taking the following depositions: 1) Mr. Fabian Benebente; 2) Mr. Bill Colston; 3) Hon. Eric Wyatt; 4) Mr. John Markle; 5) Special Agent Ignatius Chinn; 6) Ms. Laurel Montoya; 7) Mr. Duece Rice; 8) any depositions made necessary by the ruling on plaintiff's motion to compel; and 9) any other witnesses so designated as relevant in Plaintiff's Rule 26 Initial Disclosures. |
| 10/16/09 | 1/8/10 | Expert Witness Disclosure |
| 11/6/09 | 1/29/10 | Supplemental Expert Witness Disclosure |
| 11/20/09 | 2/12/10 | Expert Discovery Cutoff |
| 12/4/09 | 3/5/10 | Last day to file non-dispositive (discovery) and dispositive (motion for summary judgment) |
| 1/29/10 | 5/7/10 | Last day to Exchange Pre-Trial Disclosures |
| 2/5/10 | 5/14/10 | Last day to file Joint Pre-Trial Statement |
| 2/12/10 @ 8:30 a.m. | **6/25/10 @ 8:30 a.m.** | Pre-Trial Conference before Judge Ishii |
| 3/22/10 @ 8:30 a.m. | **8/24/10 @ 8:30 a.m.** | Trial [5-7 days] before Judge Ishii |

**IT IS SO ORDERED.**

Dated:   October 19, 2009                              /s/ Sandra M. Snyder
                                                       **UNITED   STATES   MAGISTRATE   JUDGE**