1  James D. Weakley, Esq.    Bar No. 082853
   James J. Arendt, Esq.     Bar No. 142937
2
   WEAKLEY, ARENDT & McGUIRE, LLP
3        1630 East Shaw Avenue, Suite 176
             Fresno, California 93710
4           Telephone: (559) 221-5256
            Facsimile:  (559) 221-5262
5
   Attorneys for Defendants, COUNTY OF MADERA
6  and ERNIE LICALSI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISSA ZACHARIA, | CASE NO. 1:06-cv-00892 AWI SMS |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL AND ORDER** |
| CITY OF MADERA, COUNTY OF MADERA, COMMANDER STEVE FRAZIER, DISTRICT ATTORNEY ERNIE LICALSI, FORMER CHIEF JERRY D. NOBLETT, DEPARTMENT OF JUSTICE FIREARMS DIVISION, SPECIAL AGENT IGNATIUS H. CHINN, SA MARSH, SA M. BAULYLEY, SGT. M. WELLS, OFF. R. HEIL, OFF. M. KATZ, and DOES I through XX, inclusive, | Complaint Filed: July 13, 2006<br>Trial Date: November 9, 2010 |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff ISSA ZACHARIA and defendants COUNTY OF MADERA and ERNIE LICALSI ("COUNTY defendants"), through their attorneys of record, hereby jointly request and stipulate to dismissal of the entire action, with prejudice, as to the COUNTY defendants only, all parties to bear their own costs and attorney's fees.

///

///

///

---

Stipulated Dismissal and Order

| | |
|---|---|
| 1 | All parties waive any and all claims for costs and/or fees that they might possess against any other |
| 2 | party. |
| 3 | DATED: February 26, 2010 |

REAL LAWYERS AT AFFORDABLE PRICES

By:  /s/ Eric H. Schweitzer
Eric H. Schweitzer,
Attorney for Plaintiff, Issa Zacharia

DATED: March 1, 2010

WEAKLEY, ARENDT & McGUIRE, LLP

By:  /s/ James J. Arendt
James J. Arendt
Attorneys for Defendants, County of Madera
and Ernie LiCalsi

DATED: February 23, 2010

FERGUSON, PRAET & SHERMAN
A Professional Corporation

By:  /s/ Jon F. Hamilton
Jon F. Hamilton,
Attorneys for Defendants City of Madera;
Sergeant M. Weils; Officers R. Hill and
M. Kutz; Commander Steven Frazier; and
Police Chief Michael Kime

DATED: February 23, 2010

OFFICE OF THE ATTORNEY GENERAL

By:  /s/ Alberto L. Gonzalez
Alberto L. Gonzalez, Esq.
Attorneys for Defendant Ignatius H. Chinn

**ORDER**

IT IS SO ORDERED.

**Dated:   March 5, 2010**            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Dismissal and Order                 2