James D. Weakley, Esq.        Bar No. 082853
James J. Arendt, Esq.         Bar No. 142937

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF MADERA
and ERNIE LICALSI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA ZACHARIA, | CASE NO. 1:06-cv-00892 AWI SMS |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL AND ORDER** |
| CITY OF MADERA, COUNTY OF MADERA, COMMANDER STEVE FRAZIER, DISTRICT ATTORNEY ERNIE LICALSI, FORMER CHIEF JERRY D. NOBLETT, DEPARTMENT OF JUSTICE FIREARMS DIVISION, SPECIAL AGENT IGNATIUS H. CHINN, SA MARSH, SA M. BAULYLEY, SGT. M. WELLS, OFF. R. HEIL, OFF. M. KATZ, and DOES I through XX, inclusive, | Complaint Filed: July 13, 2006<br>Trial Date: November 9, 2010 |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff ISSA ZACHARIA and defendants COUNTY OF MADERA and ERNIE LICALSI ("COUNTY defendants"), through their attorneys of record, hereby jointly request and stipulate to dismissal of the entire action, with prejudice, as to the COUNTY defendants <u>only</u>, all parties to bear their own costs and attorney's fees.

///

///

///

Stipulated Dismissal and Order

1 | All parties waive any and all claims for costs and/or fees that they might possess against any other party.

DATED: February 26, 2010

                          REAL LAWYERS AT AFFORDABLE PRICES

                          By:     /s/ Eric H. Schweitzer
                                  Eric H. Schweitzer,
                                  Attorney for Plaintiff, Issa Zacharia

DATED: March 1, 2010

                          WEAKLEY, ARENDT & McGUIRE, LLP

                          By:     /s/ James J. Arendt
                                  James J. Arendt
                                  Attorneys for Defendants, County of Madera and Ernie LiCalsi

DATED: February 23, 2010

                          FERGUSON, PRAET & SHERMAN
                          A Professional Corporation

                          By:     /s/ Jon F. Hamilton
                                  Jon F. Hamilton,
                                  Attorneys for Defendants City of Madera; Sergeant M. Weils; Officers R. Hill and M. Kutz; Commander Steven Frazier; and Police Chief Michael Kime

DATED: February 23, 2010

                          OFFICE OF THE ATTORNEY GENERAL

                          By:     /s/ Alberto L. Gonzalez
                                  Alberto L. Gonzalez, Esq.
                                  Attorneys for Defendant Ignatius H. Chinn

**ORDER**

IT IS SO ORDERED.

**Dated:     March 5, 2010**                    /s/ Anthony W. Ishii
                                                         CHIEF UNITED STATES DISTRICT JUDGE