Jon F. Hamilton, State Bar No. 232559
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92701
PHONE (714) 953-5300
FAX (714) 953-1143
email: jhamilton@law4cops.com

Attorneys for Defendants, City of Madera; Sergeant M. Weils; Officers R. Hill and M. Kutz; Commander Steven Frazier; and Police Chief Michael Kime

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA ZACHARIA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF MADERA, COUNTY OF MADERA, Com. STEVE FRAZIER, DISTRICT ATTORNEY ERNEST LICALSI, DEPARTMENT OF JUSTICE FIREARMS DIVISION, SPECIAL AGENT IGNATIUS H. CHINN, SA MARSH, SA BADGLEY, SGT. M. WELLS, OFF. R. HEIL, OFF. M. KATZ, COMMANDER MICHAEL KIME, and DOES 1 through XX, inclusive,<br><br>    Defendants. | No. 1:06-CV-00892 AWI/SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE [FED. R. CIV. P. 41(A)]** |

1.  Plaintiff Issa Zacharia and all City of Madera Defendants hereby jointly request and stipulate under Fed. R. Civ. P. 41(a) that the remaining City of Madera Defendants, the City of Madera and Commander Steve Frazier, be dismissed with prejudice as a defendant to this action.

///

///

///

    2.    Each side is to bear its own costs and attorney's fees. All parties waive any and all claims for costs and/or fees that they might possess against any other party.

Dated: February 19, 2010                      FERGUSON, PRAET & SHERMAN
                                                     A Professional Corporation

                                            By:    /s/ Jon F. Hamilton
                                                     Jon F. Hamilton,
                                                     Attorney for Defendants, City of Madera; Sergeant M. Weils; Officers R. Hill and M. Kutz; Commander Steven Frazier; and Police Chief Michael Kime

Dated: February 19, 2010                      REAL LAWYERS - AT AFFORDABLE PRICES

                                            By:    /s/ Eric H. Schweitzer
                                                   Eric H. Schweitzer,
                                                    Attorney for Plaintiff, Issa Zacharia

Dated: February 19, 2010                      WEAKLEY, ARENDT & McGUIRE, LLP

                                            By:    /s/ James J. Arendt
                                                   James J. Arendt,
                                                   Attorneys for Defendants County of Madera and Ernie Licalsi

Dated: February 23, 2010                      OFFICE OF THE ATTORNEY GENERAL

                                            By:    /s/ Alberto L. Gonzalez
                                                   Alberto L. Gonzalez
                                                   Attorneys for Defendant Ignatius H. Chinn

# **ORDER**

The remaining City of Madera defendants, the City of Madera and Commander Steve Frazier, are dismissed with prejudice as defendants to this action. Each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

**Dated:   March 10, 2010**          /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE