IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA ZACHARIA,<br><br>            Plaintiff,<br>     v.<br>CITY OF MADERA, et. al.,<br><br>            Defendants. | 1:06-cv-892  AWI SMS<br><br>ORDER DISMISSING DEFENDANTS "MARSH" AND "BAULYLEY" |

On April 8, 2010, the Court ordered Plaintiff to file a notice of non-opposition or to show cause why Defendants "Marsh" and "Baulyley"[1] should not be dismissed for violation of Federal Rule of Civil Procedure 4(m). The same day, Plaintiff filed a notice of non-opposition to the dismissal of these Defendants.[2] In light of Plaintiff's notice of non-opposition, the Court will dismiss "Marsh" and "Baulyley."

Accordingly, IT IS HEREBY ORDERED that Defendants "Marsh" and "Baulyley" are DISMISSED from this case pursuant to Rule 4(m).

IT IS SO ORDERED.

Dated:   April 9, 2010                    /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] It appears that "Baulyley" is actually "Badgley." However, this person appears in the docket as "Baulyley."

[2] The Court appreciates Plaintiff's very prompt response.