IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSA ZACHARIA,<br><br>                Plaintiff,<br>    v.<br><br>CITY OF MADERA, et. al.,<br><br>                Defendants. | 1:06-cv-892  AWI SMS<br><br>ORDER VACATING APRIL 26, 2010, HEARING AND TAKING MATTER UNDER SUBMISSION |

     Currently pending before the Court is Defendant Ignatious Chinn's motion for summary judgment.  Hearing on this motion is set for April 26, 2010.  Pursuant to Local Rule 230(c), the court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

     Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 26, 2010, is VACATED, and the parties shall not appear at that time; as of April 26, 2010, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 20, 2010                     /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE