IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISSA ZACHARIA,**<br><br>                                    Plaintiff,<br><br>             v.<br><br>**CITY OF MADERA, et al.,**<br><br>                                    Defendants. | 1:06-CV-00892 AWI/SMS<br><br>**ORDER RE: MODIFICATION OF SCHEDULING ORDER EXTENDING TIME FOR PRE-TRIAL DISCLOSURES AND JOINT PRE-TRIAL STATEMENT**<br><br>Action Filed:  July 13, 2006 |

   The modification to the Court's February 12, 2010, scheduling minute order, as requested by plaintiff Issa Zacharia and defendant Ignatius Chinn, is hereby ordered changed pursuant to the following schedule:

   <u>Pre-Trial Disclosure</u>

   **Old Date:** August 6, 2010          **New Date:** September 6, 2010

   <u>Joint Pre-Trial Statement</u>

   **Old Date:** August 13, 2010         **New Date:** September 13, 2010

IT IS SO ORDERED.

Dated:   July 11, 2010                                  _____
                                                                        CHIEF UNITED STATES DISTRICT JUDGE

1